# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-60084
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 24, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LADARIUS E. JACKSON, also known as Dee, also known as Dee Don,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:17-CR-16-2

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Ladarius E. Jackson appeals his above-guidelines sentence for knowingly and intentionally transporting victims to engage in prostitution and sexual activity. 18 U.S.C. § 2; 18 U.S.C. § 2421. Jackson challenges the reasonableness of his 33-month prison sentence, arguing that the district court clearly erred by improperly looking to charges and facts to which Jackson did

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60084

not plead guilty, in likening his conduct to that of a more violent co-defendant, and in balancing the 18 U.S.C. § 3553(a) factors.

The district court's detailed explanation of the Jackson's sentence, which is well below that of his co-defendant, is based on the uncontroverted facts set forth in the presentence report and the district court's balancing of the § 3553(a) factors, including the nature of offense and Jackson's role in it, the need to deter criminal conduct, the need to protect the public from future crimes by Jackson, and the need to avoid sentencing disparities. *See* § 3553(a); *Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Chandler*, 732 F.3d 434, 437 (5th Cir. 2013). Jackson fails to show that his sentence is unreasonable. *See Gall*, 552 U.S. at 49-51.

AFFIRMED.